UNITED STATES of America, Plaintiff–Appellee,

v.

Arnulfo VENEGAS–MONTES, Defendant–Appellant.

No. 04–10552.

D.C. No. CR–04–00925–1–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

Daniel Jon Santander, Office of the U.S. Attorney, Evo A. DeConcini, Tucson, AZ, for Plaintiff–Appellee.

Brick P. Storts, III, Esq., Barton & Storts, Tucson, AZ, for Defendant–Appellant.

Before O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

## MEMORANDUM **

Arnulfo Vanegas–Montes appeals his conviction and the 71–month sentence imposed after his guilty plea to illegal reentry after into the United States after deportation, in violation of 8 U.S.C. § 1326(a) and (b)(2).

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Vanegas–Montes has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Vanegas–Montes has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is GRANTED, and, in light of the valid appeal waiver contained in the plea agreement, this appeal is DISMISSED.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.